*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DEERWESTER, HACKEL, and KIRKBY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Joel M. NORMAN**
Gas Turbine Systems Technician Fireman Recruit (E-1),
U.S. Navy
*Appellant*

**No. 202200111**

_____

Decided: 24 October 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
G. G. Hengerer

Sentence adjudged 27 January 2022 by a special court-martial convened at Naval Station, Great Lakes, Illinois, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for two months and a bad-conduct discharge.

For Appellant:
*Captain Colin W. Hotard, USMC*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

*Mark K. Jamison*

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.